**American Hominy Company, appellant, v. Manhattan Farmers' Grain Company, appellee. Gen. No. 6,660.**

Action to recover damages for breach of contract to deliver corn purchased by plaintiff. Judgment for defendant. Appeal from the Circuit Court of Will county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919.

Murphy & Anderson and Vail, Pogue & Allen, for appellant. O'Donnell, Donovan & Bray, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**B. & M., Inc., defendant in error, v. Delaware, Lackawanna & Western Railroad Company, plaintiff in error. Gen. No. 6,685.**

Action to recover for goods lost in shipment. Judgment for plaintiff. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919.

Stevens, Miller & Elliott, for plaintiff in error. Dailey, Miller, McCormick & Radley, for defendant in error.

Mr. Justice Carnes delivered the opinion of the court.

---

**Emma F. Allen, appellee, v. Estate of Henry P. Allen, deceased, appellant. Gen. No. 6,686.**

Claim against decedent's estate for services rendered decedent's wife. Judgment for claimant. Appeal from the Circuit Court of Whiteside county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Frank J. Bowman and Henry C. Ward, for appellant. Doerfler, Bender & McIntyre and McCalmont & Ramsay, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Joseph N. Hill, appellee, v. Dorothy Sten, appellant. Gen. No. 6,696.**

Action by assignee of vendee of real property on forfeiture of contract of sale, to recover money paid under contract of purchase. Judgment for plaintiff. Appeal from the Circuit Court of Henry county; the Hon. Emery C. Graves, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 14, 1919.

J. B. & J. L. Oakleaf, for appellant. Walter S. McClurg, for appellee.

Mr. Justice Carnes delivered the opinion of the court.